## Commonwealth *v.* Moore, Appellant

Submitted June 10, 1968. *Thomas J. X. Moore,* appellant, in propria persona; *Edwin D. Wolf* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Moses, Appellant.

Submitted June 10, 1968. *W. Wallace Dyer, Jr.,* for appellant; *Paul R. Michel* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.